## 56468. MALLETT v. FULFORD.

QUILLIAN, Presiding Judge.

Appeal was taken from the judgment confirming a foreclosure sale. Omitted from the judgment were findings of fact and conclusions of law which are mandatory in such proceedings. *Pruitt v. First Nat. Bank,* 142 Ga. App. 100 (235 SE2d 617). The judgment is therefore vacated and the case remanded with direction that a new judgment be entered containing findings of fact and conclusions of law, with right of appeal to the losing party. *Dixie-Land Iron &c. Co. v. Piedmont Iron*

*&c. Co.,* 233 Ga. 970 (213 SE2d 897).

*Judgment vacated and the case remanded with direction. Webb and McMurray, JJ., concur.*

ARGUED SEPTEMBER 6, 1978 — DECIDED SEPTEMBER 21, 1978.

*G. Michael Hartley, William L. Martin, III,* for appellant.

*Hollis B. Johnson,* for appellee.